**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**STEPHEN M. ROMAIN,**

      **Plaintiff,**

**v.**                                                        **Case No:   6:17-cv-690-Orl-40TBS**

**GLOBAL TRAVEL INTERNATIONAL, INC.,**

      **Defendant.**

---

**ORDER**

This cause comes before the Court on review of Plaintiff's Notice of Voluntary Dismissal without Prejudice (Doc. 11) filed May 19, 2017, 2016.  The notice is self-executing pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).  *See Matthews v. Gaither*, 902 F.2d 877, 880 (11th Circ. 1990) (per curiam).  The Clerk of Court is **DIRECTED** to terminate all pending motions and close the file.

**DATED** in Orlando, Florida, this 22nd day of May 2017.

PAUL G. BYRON
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel of Record
Any Unrepresented Party